707 A.2d 1139

Robert David LEWIS, Respondent,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.

Supreme Court of Pennsylvania.

April 1, 1998.

Timothy P. Wile, Harrisburg, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 1st day of April, 1998, the Petition for Allowance of Appeal is DENIED in accordance with this Court's decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 550 Pa. 639, 708 A.2d 481 (1998).